**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

U.S. vs. Kendral Harrison, Mag. No. 12-7129

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. KENDRAL HARRISON, DOB: _____ SBI#: 0700288904, is now confined to Essex
County Jail.

2. KENDRAL HARRISON, DOB: _____ SBI#: **0700288904** will be required at the United
States District Court in **Newark, New Jersey** for a **Plea Hearing** before **Honorable Dennis M.
Cavanaugh**, U.S. District Judge, in the above-captioned case. A Writ of Habeas Corpus
should be issued for that purpose.

DATED:      July 15, 2013
            Newark, NJ

_____
James M. Donnelly, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 15 July 2013

_____
Hon. Dennis M. Cavanaugh, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Essex County Jail
WE COMMAND YOU that you have the body of

KENDRAL HARRISON, DOB: _____ SBI#: **0700288904**

*WEDNESDAY*
*July 17*
now confined at the Essex County Jail, brought to the United States District Court, on
~~Tuesday~~, July ~~16~~, 2013, at ~~9:30 a.m.~~, for a Plea Hearing before Honorable Dennis M.
Cavanaugh, U.S. District Judge. *10:00 Am*

*SPC.*

WITNESS the Hon. Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey

DATED: 15 July 2013

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
                    Deputy Clerk