UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES of AMERICA | : | O R D E R |
| v. | : | Case No. 2:13cr463-1(DMC) |
| KENDRAL HARRISON | : | |

This matter having come before the Court on a Report and Recommendation of Honorable Mark Falk, United States Magistrate Judge, to accept the guilty plea of the defendant to count 1,2 & 3 of the Information entered by the defendant on 17 July 2013; and

The court having reviewed same; and

For good cause shown;

It is on this 1st day of August 2013 ORDERED that the Report and Recommendation of Magistrate Judge Mark Falk entered on 17 July 2013 is **adopted** and the defendant is to be found guilty as to count 1, 2, & 3 of the Information.

DENNIS M. CAVANAUGH, U.S.D.J.