PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Kendral Harrison                                              Cr.: 13-00463-001
                                                                                                              PACTS #: 64192

Name of Sentencing Judicial Officer:   THE HONORABLE DENNIS M. CAVANAUGH
                                                                    UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:       TO BE ASSIGNED

Date of Original Sentence: 01/21/2014

Original Offense:   Count 1&3: Motor Vehicle Theft - Carjacking, 18 U.S.C. Section 2119 & 2
                               Count 2: Violent Crime/Drugs/Machine Gun, 18 U.S.C. Section 924 (C)(1)(A)(ii)

Original Sentence: 114 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Mental Health Treatment

Type of Supervision: Supervised Release                           Date Supervision Commenced: 04/28/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'The defendant shall not commit another federal, state, or local crime, shall be prohibited from possessing a firearm or other dangerous device, shall not possess an illegal controlled substance and shall comply with the other standard conditions that have been adopted by this Court. The defendant must submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.'** |
| | During a home inspection on June 11, 2020, New Jersey State Parole (NJSP) Officers found the offender to be in possession of several small bags of marijuana. Harrison stated he possessed these bags for his own personal use. On June 17, 2020, Harrison met with the undersigned officer and admitted to using marijuana on June 10, 2020. He subsequently signed a drug use admission form. |

Prob 12A – page 2
Kendral Harrison

U.S. Probation Officer Action:

No official Court action is recommended at this time. A copy of this letter will be provided to Harrison and will serve as an official written reprimand. The offender has been placed on GPS monitoring by NJSP for a period of 90 days and will be referred to mental health counseling. Harrison is gainfully employed full time and currently resides with his grandmother in Newark. Any further noncompliance with be reported to Your Honor in a timely manner.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kevin P. Egli*

By:  KEVIN P. EGLI
     Sr. U.S. Probation Officer

/ kpe

APPROVED:

*Luis R. Gonzalez*     7-6-20
LUIS R. GONZALEZ        Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

7/13/2020
_____
Date